IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RONALD EUGENE NUNLEY, | § | |
| *Plaintiff*, | § § § | |
| v. | § | CIVIL ACTION H-17-72 |
| NANCY A BERRYHILL, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | § § § § § | |
| *Defendant*. | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**

The court has conducted a de novo review of the Magistrate Judge's Memorandum and Recommendation on Attorney's Fees (Docket Entry No. 23), to which no objections have been filed. The court finds that the Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that Plaintiff's motion for attorney's fees is **GRANTED** in the amount of $7,807. Payment of fees should be made payable to Plaintiff, Ronald Eugene Nunley, and his attorney, Karl Osterhout, and mailed to his attorney, Karl Osterhout, 521 Cedar Way, Suite 200, Oakmont, PA, 15139.

**Signed** at Houston, Texas on December 18, 2018.

Gray Miller
United States District Judge